IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | |
|---|---|
| **SCANNING TECHNOLOGIES INNOVATIONS LLC,** § § § | |
| Plaintiff, § | Case No: 4:21-cv-00930 |
| § | |
| vs. § | PATENT CASE |
| § | |
| **CRIMSON SOLUTIONS, LLC,** § § | |
| Defendant. § § § | |

## ORIGINAL COMPLAINT

Pursuant to F.R.C.P. 15(a)(1)(B), Plaintiff Scanning Technologies Innovations, LLC ("Plaintiff" or "STI") files this Original Complaint against Crimson Solutions, LLC ("Defendant" or "Crimson") for infringement of United States Patent No. 10,600,101 (hereinafter "the '101 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company having an address of 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

4. On information and belief, Defendant is a North Carolina limited liability company having a place of business at 3021-B, Griffith St., Charlotte, NC 28203. On information

and belief, Defendant may be served through its agent, Courtland Ouzts, of the same address.

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in this District.

## VENUE

7. Venue is proper in this District 28 U.S.C. §1400(b) because Defendant is deemed to reside in this District.  Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District at, for example, 7250 West Vickery Blvd., Fort Worth, TX 76116.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 10,600,101)

8. Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

10. Plaintiff is the owner by assignment of the '101 Patent with sole rights to enforce the '101 Patent and sue infringers.

11. A copy of the '101 Patent, titled "Systems and Methods for Indicating the Existence of Accessible Information Pertaining to Articles of Commerce," is attached hereto as Exhibit A.

12. The '101 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 1, of the '101 Patent by making, using, importing, selling, and/or offering for sale an inventory management system covered by one or more claims of the '101 Patent. Defendant has infringed and continues to infringe the '101 Patent directly in violation of 35 U.S.C. § 271.

14. Defendant sells, offers to sell, and/or uses an inventory system including, without limitation, the POS Nation system, any associated hardware and software, and any similar products (collectively, "Product"), which infringe at least Claim 1 of the '101 Patent.

15. The Product provides an application for scanning barcodes to obtain a decoded link, which contains information about an article of commerce.  Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.posnation.com/pos-hardware

> I don't have room for a scanner scale in my market, but I want to quickly ring up sales. What can I do?
>
> We offer standalone scales that directly integrate with our grocery POS system as well as flatbed and omnidirectional barcode scanners that can scan a barcode at any angle.

Source: https://www.posnation.com/grocery-market-pos-system

> What does a grocery POS come with?
>
> Grocery POS systems come with a variety of specifications and peripheral devices depending on your business' needs.
>
> All retail POS systems come with a standard touchscreen terminal, receipt printer, and cash drawer. From there, your system can be customized to meet your needs.
>
> Larger grocery stores with heavy volume tend to use scanner-scales to maximize checkout speed. Markets with delis or meat departments often utilize label printing scales.

Source: https://www.posnation.com/grocery-market-pos-system

16. The Product includes a mobile device comprising a portable handheld housing and a communication interface configured to enable the mobile device to communicate with a

communication network. For example, the Product incorporates a handheld device (e.g., mobile device with Product software) and a communication interface (i.e. cloud based communication interface) configured to enable the handheld device to communicate with a communication network (e.g., cloud network). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.posnation.com/pos-hardware

I don't have room for a scanner scale in my market, but I want to quickly ring up sales. What can I do?

We offer standalone scales that directly integrate with our grocery POS system as well as flatbed and omnidirectional barcode scanners that can scan a barcode at any angle.

Source: https://www.posnation.com/grocery-market-pos-system

> POS Nation understands the appeal of a software that is not restricted to in-store access. However, the risks of a purely cloud-based point of sale solution come when there's an internet outage or unreliable internet connection. Some businesses who operate in remote locations where the internet is unavailable can't rely on a purely cloud-based solution.
>
> Similarly, any small business owner will tell you that store hours are solely for customers. Being an owner means your office hours are 24/7 — and sometimes, it's just not possible to be at your brick-and-mortar location where your local POS solution lives.

Source: https://www.posnation.com/cloud-pos-software

17. The Product uses a signal processing device and a visual input device, the visual input device affixed within the portable handheld housing. For example, a visual input device (e.g., camera for scanning barcode) and signal processing device (i.e. processor of handheld device) are affixed within the portable handheld housing (e.g., the housing of the mobile device). The mobile device camera is used to scan a barcode and, via the Product's server, obtain details related to a particular product. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.posnation.com/pos-hardware

> I don't have room for a scanner scale in my market, but I want to quickly ring up sales. What can I do?
>
> We offer standalone scales that directly integrate with our grocery POS system as well as flatbed and omnidirectional barcode scanners that can scan a barcode at any angle.

Source: https://www.posnation.com/grocery-market-pos-system

18.     The Product comprises digital files associated with the mobile device. For example, the Product application has digital files (e.g., barcode image files and digital product information) associated with the mobile device. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.youtube.com/watch?v=oTPoO2plcJ0

Source: https://www.posnation.com/grocery-market-pos-system

19.     The Product also includes a server in communication with the communication network, the server comprising a server database configured to store a look-up table that includes at least a plurality of bar codes associated with a plurality of articles of commerce.  For example, the Product app communicates with a server through a cloud communication network, the server comprising look-up table (i.e. remote database). Also, the server database contains barcodes, each having associated information about a particular article of commerce. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.

> **What does a grocery POS come with?**
>
> Grocery POS systems come with a variety of specifications and peripheral devices depending on your business' needs.
>
> All retail POS systems come with a standard touchscreen terminal, receipt printer, and cash drawer. From there, your system can be customized to meet your needs.
>
> <u>Larger grocery stores with heavy volume tend to use scanner-scales to maximize checkout speed. Markets with delis or meat departments often utilize label printing scales.</u>

Source: https://www.posnation.com/grocery-market-pos-system

> **I don't have room for a scanner scale in my market, but I want to quickly ring up sales. What can I do?**
>
> <u>We offer standalone scales that directly integrate with our grocery POS system as well as flatbed and omnidirectional barcode scanners that can scan a barcode at any angle.</u>

Source: https://www.posnation.com/grocery-market-pos-system



Source: https://www.posnation.com/cloud-pos-software



Source: https://financesonline.com/pros-cons-of-pos-nation/

20. The look-up table also stores a plurality of information link indicators, each

information link indicator associated with a respective bar code and article of commerce. For example, the look-up table (i.e. remote cloud database accessed by the Product app/software) also stores a plurality of information link indicators (e.g., link indicating scanned product and/or validation of scanned barcode details associated with the product) indicating information associated with a respective barcode. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://financesonline.com/pros-cons-of-pos-nation/

21.  Each information link indicator is configured as a status signal indicating the existence or absence of a link to information pertaining to a respective article of commerce, the link being made to the information via the communication network. For example, each information link which is obtained by scanning a code indicates a status signal (e.g., link indicating validation of scanned code product and details associated with product). The information associated with the link is retrieved through the cloud communication network. Certain aspects of this element are illustrated in the screenshots below and/or those provided in

connection with other allegations herein.



Source: https://www.posnation.com/pos-hardware

What does a grocery POS come with?

Grocery POS systems come with a variety of specifications and peripheral devices depending on your business' needs.

All retail POS systems come with a standard touchscreen terminal, receipt printer, and cash drawer. From there, your system can be customized to meet your needs.

Larger grocery stores with heavy volume tend to use scanner-scales to maximize checkout speed. Markets with delis or meat departments often utilize label printing scales.

Source: https://www.posnation.com/grocery-market-pos-system



Source: https://www.posnation.com/grocery-market-pos-system



Source: https://www.posnation.com/cloud-pos-software

Source: https://financesonline.com/pros-cons-of-pos-nation/

22. The visual input device is configured to scan an image of an article of commerce, decode the image to obtain a bar code and forward data from the scanned image to the signal processing device. For example, the visual input device (i.e. handheld device camera) is

configured to scan an image of a barcode associated with an article of commerce. After scanning the code, the code is decoded using Product software, which may be located on the mobile device, to retrieve information about the product. The information is forwarded to the signal processing device (i.e. processor of mobile device). Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.posnation.com/pos-hardware

Source: https://www.posnation.com/grocery-market-pos-system

23.     In response to receiving the bar code, the signal processing device (i.e. mobile device) is configured to look up the code in the look-up table (i.e. remote database) to determine from a respective information link (e.g., link indicating validation of scanned barcode product) whether or not information pertaining to an article of commerce associated with the code (information about the associated product) may be accessed via the communication network. Certain aspects of this element are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source:https://www.posnation.com/pos-hardware

> I don't have room for a scanner scale in my market, but I want to quickly ring up sales. What can I do?
>
> We offer standalone scales that directly integrate with our grocery POS system as well as flatbed and omnidirectional barcode scanners that can scan a barcode at any angle.

Source:https://www.posnation.com/grocery-market-pos-system

> **What does a grocery POS come with?**
>
> Grocery POS systems come with a variety of specifications and peripheral devices depending on your business' needs.
>
> All retail POS systems come with a standard touchscreen terminal, receipt printer, and cash drawer. From there, your system can be customized to meet your needs.
>
> <u>Larger grocery stores with heavy volume tend to use scanner-scales to maximize checkout speed. Markets with delis or meat departments often utilize label printing scales.</u>

Source: https://www.posnation.com/grocery-market-pos-system

> # Cloud-Based POS
> # (Point of Sale) System
>
> The most critical aspects of your retail small business — accessible anywhere, at any time.

Source: https://www.posnation.com/cloud-pos-software





Source: https://financesonline.com/pros-cons-of-pos-nation/

24. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

25. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

26. Plaintiff is in compliance with 35 U.S.C. § 287.

## DEMAND FOR JURY TRIAL

27. Display Technologies, LLC, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court to:

(a)     Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b)     Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 10,600,101 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c)     Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d)     Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e)     Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: August 6, 2021.                    Respectfully submitted,


                                        */s/ Jay Johnson*
                                        **JAY JOHNSON**
                                        State Bar No. 24067322
                                        **D. BRADLEY KIZZIA**
                                        State Bar No. 11547550
                                        **KIZZIA JOHNSON, PLLC**
                                        1910 Pacific Ave., Suite 13000
                                        Dallas, Texas 75201
                                        (214) 451-0164
                                        Fax: (214) 451-0165
                                        jay@kjpllc.com
                                        bkizzia@kjpllc.com

                                        **ATTORNEYS FOR PLAINTIFF**