IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FT. WORTH DIVISION

| | | |
|---|---|---|
| **SCANNING TECHNOLOGIES INNOVATIONS LLC,** | § § § | |
| Plaintiff, | § § | Case No: 4:21-cv-00930-O |
| vs. | § § | PATENT CASE |
| **CRIMSON SOLUTIONS, LLC,** | § § § | |
| Defendant. | § § § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Scanning Technologies Innovations, LLC, and Defendant Crimson Solutions, LLC, by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: September 17, 2021                    Respectfully submitted,

                                             */s/Jay Johnson*
                                             **JAY JOHNSON**
State Bar No. 24067322
**KIZZIA JOHNSON PLLC**
1910 Pacific Avenue, Suite 13000
Dallas, Texas 75201
(214) 451 -0164
Fax: (214) 451-0165
jay@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

**FISH & RICHARDSON P.C.**

By: */s/Noel Chakkalakal*
Neil J. McNabnay
mcnabnay@fr.com
Ricardo J. Bonilla
rbonilla@fr.com
Noel Chakkalakal
chakkalakal@fr.com
FISH & RICHARDSON P.C.
1717 Main Sti·eet, Suite 5000
Dallas, Texas 75201
(214) 747-5070 - Telephone
(214) 747-2091 - Facsimile
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on September 17, 2021. Parties may access the foregoing through the Court's system.

                                             */s/Jay Johnson*
                                             **JAY JOHNSON**